UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DOLORES MONTGOMERY, PERSONAL ) | | |
| REPRESENTATIVE OF THE ESTATE OF ) | | |
| JOHN MONTGOMERY, ) | | |
|     Plaintiff, ) | | |
| ) | | |
| vs. ) | 1:06-cv-0915 RLY/TAB | |
| ) | | |
| MORGAN COUNTY, MORGAN ) | | |
| COUNTY SHERIFF'S DEPARTMENT, ) | | |
| ROBERT W. GARNER, SHERIFF, STEVE ) | | |
| HOFFMAN, BRENT WORTH and ANDY ) | | |
| BEAVER, ) | | |
|     Defendants. ) | | |

**FINAL JUDGMENT**

Comes now the court, having this day granted Defendants' motion for summary judgment, and enters final judgment in favor of Defendants, and against the Plaintiff herein, Dolores Montgomery, Personal Representative of the Estate of John Montgomery.

**SO ORDERED** this 29th day of February 2008.

 

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Dale Charles Gantz
dcgatty@aol.com

Ronald J. Semler
STEPHENSON MOROW & SEMLER
rsemler@stephlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com